IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01668-DDD-SBP

COMMITTEE OF FIVE, INC. d/b/a XX-XY ATHLETICS,

Plaintiff,

v.

AUBREY C. SULLIVAN, et al.,

Defendants.

**CCRD AND COMMISSION DEFENDANTS' NOTICE OF RULE 30(B)(6) DEPOSITION OF PLAINTIFF**

Please take notice that counsel for the Aubrey Sullivan, Sergio Cordova, Geta Asfaw, Mayuko Fieweger, Daniel S. Ward, Jade R. Kelly, and Eric Artis ("CCRD and Commission Defendants"), in their official capacities will take the in-person 30(b)(6) deposition of Plaintiff Committee of Five, Inc. d/b/a/ XX-XY Athletics, concerning the topics identified in Exhibit A, on a date and time agreed on by the parties, at the offices of the Colorado Department of Law, 1700 Lincoln Street, Denver, CO 80203. All parties will participate in person. Pursuant to Rule 30 of the Federal Rules of Civil Procedure, said deposition shall proceed by oral examination, and shall be recorded by a certified shorthand reporter who will be present at said time and place.

**Defendants' Exhibit B**

Dated this __th day of _____, 2025.

        PHILIP J. WEISER

        Attorney General

        For Defendants Aubrey C. Sullivan, Sergio Cordova, Geta Asfaw, Mayuko Fieweger, Daniel S. Ward, Jade R. Kelly and Eric Artis:

        *s/ Janna K. Fischer*
        Nora Q.E. Passamaneck
        Senior Assistant Attorney General
        Helen Norton
        Deputy Solicitor General
        Janna K. Fischer
        Senior Assistant Attorney General
        Dominick D. Schumacher
        Assistant Attorney General
        1300 Broadway, 10th Floor
        Denver, CO 80203
        Telephone: (720) 508-6000
        FAX: (720) 508-6032

**Defendants' Exhibit B**

# EXHIBIT A

## Definitions

1. "You" or "Your" shall include and refer to, in addition to Plaintiff, XX-XY Athletics, all agents, servants, employees, representatives, officers, governing boards or committees, and others who are in possession of or who may have obtained information for or on behalf of Plaintiff.

## Topics

1. Interactions You have had with transgender individuals at Your online-store or pop-ups, including whether and how Your on-line store and/or pop-up events deadname and/or misgender customers and potential customers, and any complaints You have received for such practice.

2. All instances in which You have deadnamed or misgendered an individual in Your public statements, advertising, marketing, and/or interactions with customers, potential customers, or members of the public, including whether and how You believe the instances may violate the Colorado Anti-Discrimination Act.

3. All actions You have taken in light of House Bill 25-1312, codified at Colo. Rev. Stat. § 24-34-301(3.5) & (9).

Defendants' Exhibit B