IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01668-DDD-SBP

COMMITTEE OF FIVE, INC. d/b/a XX-XY ATHLETICS,

Plaintiff,

v.

AUBREY C. SULLIVAN, et al.,

Defendants.

**UNOPPOSED MOTION TO EXCEED WORD LIMITATION FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants respectfully move to exceed the word limitation for their Opposition to Plaintiff's Motion for Preliminary Injunction, Doc. 15 ("PI Motion"). In support, Defendants provide as follows:

1. Plaintiff filed their PI Motion on June 17, 2025, which exceeded 8,500 words. (Doc 15). At the time Plaintiff filed its PI Motion, this action had not yet been assigned to an Article III Judge.

2. On June 26, 2025, this action was assigned to Judge Daniel D. Domenico. Judge Domenico's Practice Standards provide that Motions for Preliminary Injunctions and related response briefs shall not exceed 5,500 words. *See* DDD Civil Practice Standards III(A)(2).

1

3. In order to fully address Plaintiff's PI Motion and the arguments made therein, Defendants request a similar number of words for their Response, a total of 8,500 words.

4. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that they conferred with Plaintiff's counsel regarding the relief sought in this motion. Plaintiff <u>does not oppose</u> this motion.

5. No party will be prejudiced by the relief requested.

6. WHEREFORE, the Defendants respectfully request that the Court grant this motion and permit the Defendants to submit an opposition to Plaintiff's Motion for a Preliminary Injunction not to exceed 8,500 words.

Dated this 14th day of July, 2025.

PHILIP J. WEISER
Attorney General

For Defendants Aubrey C. Sullivan, Sergio Cordova, Geta Asfaw, Mayuko Fieweger, Daniel S. Ward, Jade R. Kelly and Eric Artis:

*s/Nora Q.E. Passamaneck*
Nora Q.E. Passamaneck
Senior Assistant Attorney General
Helen Norton
Deputy Solicitor General
Janna K. Fischer
Senior Assistant Attorney General
Dominick D. Schumacher
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
FAX: (720) 508-6032

For Defendant Philip J. Weiser:

*s/ Talia Kraemer*
Talia Kraemer
Senior Assistant Attorney General
Lane Towery
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
FAX: (720) 508-6032

3