IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01668-DDD-SBP

COMMITTEE OF FIVE, INC.,

    *Plaintiffs*,

v.

AUBREY C. SULLIVAN, in her official capacity
as the Director of the Colorado Civil Rights
Division, et al.,

    *Defendants*.

**Unopposed Motion for Leave to File Brief of Amici Curiae Truth and Liberty Coalition and James Dobson Family Institute in Support of Plaintiffs' Motion for a Preliminary Injunction**

Amici Curiae Truth and Liberty Coalition and James Dobson Family Institute file this motion to seek leave to file a brief supporting Plaintiffs' motion for a preliminary injunction. Amici have conferred with counsel for both parties pursuant to Local Rule 7.1 and the parties do not oppose the filing of this motion or the amicus brief.

Amici seek to file their brief so they can explain how HB 25-1312 uniquely harms Colorado Christians. The speech compelled by the chosen name and gender expression provisions of HB 25-1312 violates the religious beliefs of the thousands of Christians served by Amici. Likewise, the speech restricted by the unwelcome provision is, in many cases, compelled by Coloradans' religious convictions. Because HB 25-1312 is overbroad, the law threatens the free speech of millions of Colorada Christians. The law is so aggressive that it controls the speech Christian retail

employees use when interacting with customers and would even ban Colorado businesses from displaying certain passages from the Bible itself.

Though this case does not include a free exercise claim, amici believe the Court should also consider the burden that HB 25-1312 places on the religious exercise of Coloradans. Traditional views of sex and gender are an integral part of Christianity; to the extent HB 25-1312 precludes expression of those views, it substantially burdens the free exercise of Christianity in Colorado.

For those reasons, amici seek leave of the court to file a brief in support of Plaintiffs' motion for a preliminary injunction.

Dated: July 31, 2025                                     Respectfully submitted,

                                                         *s/ Andrew Nussbaum*
                                                         Andrew Nussbaum
                                                         FIRST & FOURTEENTH PLLC
                                                         2 N. Cascade Avenue, Suite 1430
                                                         Colorado Springs, CO 80903
                                                         Telephone: (719) 428-4937
                                                         Email: andrew@first-fourteenth.com

                                                         James Compton
                                                         FIRST & FOURTEENTH PLLC
                                                         800 Connecticut Avenue, Suite 300
                                                         Washington, D.C. 20006
                                                         Telephone: (202) 998-7975
                                                         Email: james@first-fourteenth.com

                                                         *Attorneys for Amici Curiae*

# CERTIFICATE OF SERVICE

       I certify that on July 31, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Alexis Swartz
Andrew B. Davis
Joshua P. Morrow
Lehotsky Keller Cohn LLP
408 West 11th Street, 5th Floor
Austin, TX 78701
alexis@lkcfirm.com
andrew@lkcfirm.com
josh@lkcfirm.com

Katherine C. Yarger
Lehotsky Keller Cohn LLP
700 Colorado Boulevard, Suite 407
Denver, CO 80206
katie@lkcfirm.com

Mary E. Miller
Shannon G. Denmark
Lehotsky Keller Cohn LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
mary@lkcfirm.com
shannon@lkcfirm.com

Henry Frampton
Mercer Martin
Jonathan A. Scruggs
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260
hframpton@adflegal.org
mmartin@adflegal.org
jscruggs@adflegal.org

*Attorneys for Committee of Five, Inc.*

Dominick D. Schumacher
Helen L. Norton
Janna K. Fischer
Nora Q. Passamaneck
Colorado Department of Law
1300 Broadway
Denver, CO 80203
Dominick.schumcher@coag.gov
Helen.norton@coag.gov
Janna.fischer@coag.gov
Nora.passamaneck@coag.gov

*Attorneys for Aubrey C. Sullivan; Sergio R. Cordova, Geta Asfaw; Mayuko Fieweger; Daniel D. Ward; Jade R. Kelly, and Eric Artis*

Lane Towery
Colorado Attorney General
1300 Broadway
Denver, CO 80203
Lane.towery@coag.gov

Talia B. Kraemer
Colorado Department of Law
1300 Broadway
Denver, CO 80203
Talia.kraemer@coag.gov

*Attorneys for Attorney General of Colorado Philip Jacob Weiser*

                                            */s/ Kelly Callender*
                                          FIRST & FOURTEENTH PLLC