IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01668-DDD-SBP

COMMITTEE OF FIVE, INC. d/b/a XX-XY ATHLETICS,

Plaintiff,

v.

AUBREY C. SULLIVAN, et al.,

Defendants.

## ADDITIONAL NOTICE OF RELATED CASES

Pursuant to D.C.Colo.LCivR 3.2, Defendants submit this Additional Notice of Related Cases to advise the Court that the following three cases, all pending the U.S. District Court for the District of Colorado, are related:

- *Defending Education et al. v. Aubrey C. Sullivan et al.*, No. 1:25-cv-01572-RMR-KAS (filed May 19, 2025, D. Colo.).

- *Committee of Five, Inc. d/b/a XX-XY Athletics v. Aubrey C. Sullivan et al.*, No. 1:25-cv-01668-DDD-SBP (filed May 27, 2025, D. Colo.) (the above-captioned action); and

- *Doxa Enterprises, Ltd. d/b/a/ Born Again Used Books v. Aubrey C. Sullivan et al.*, No. 1:25-cv-02177-RMR-MDB (filed July 16, 2025, D. Colo.).

Specifically, all three cases name the same Defendants, and have common facts and claims asserting violations of the First and Fourteenth Amendments to the United States Constitution based on H.B. 25-1312, codified at Colo. Rev. Stat. § 24-34-301(3.5) & (9). All three cases also have pending motions for preliminary injunction, which seek to enjoin Defendants from enforcing certain provisions of the Colorado Anti-Discrimination Act ("CADA") that prevent discrimination by public accommodations based on an individual's gender identity and expression. *See Defending Education*, No. 1:25-cv-01572-RMR-KAS, Doc. No. 27; *Committee of Five, Inc.*, No. 1:25-cv-01668-DDD-SBP, Doc. No 15; and *Doxa Enterprises, Ltd.*, No. 1:25-cv-02177-RMR-MDB, Doc. No. 4.

Dated this 11th day of August, 2025.

        PHILIP J. WEISER
        Attorney General

        For Defendants Aubrey C. Sullivan, Sergio Cordova, Geta Asfew, Mayuko Fieweger, Daniel S. Ward, Jade R. Kelly and Eric Artis:

        *s/ Nora Q.E. Passamaneck*
        Nora Q.E. Passamaneck
        Senior Assistant Attorney General
        Helen Norton
        Deputy Solicitor General
        Janna K. Fischer
        Senior Assistant Attorney General
        Dominick D. Schumacher
        Assistant Attorney General
        1300 Broadway, 10th Floor
        Denver, CO 80203
        Telephone: (720) 508-6000

FAX: (720) 508-6032

For Defendant Philip J. Weiser:

*s/ Lane Towery*
Talia Kraemer
Senior Assistant Attorney General
Lane Towery
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
FAX: (720) 508-6032